

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER REINSTATING APPEAL AND
ESTABLISHING BRIEFING SCHEDULE**

Appellate case name:          Jenneese Patricia Banks v. The State of Texas

Appellate case number:      01-11-00766-CR

Trial court case number:     1759292

Trial court:                          County Criminal Court at Law No. 14 of Harris County

This case was abated and remanded to the trial court for a determination of whether appellant had failed to make arrangements for filing an appellant's brief and whether counsel should be appointed to file a brief on appellant's behalf. The trial court conducted a hearing on July 15, 2013, at which it appointed Bob Wicoff in the Harris County Public Defender's Office to represent appellant in this appeal.

Accordingly, we REINSTATE this case on the Court's active docket. The Clerk of this Court is instructed to update his records to reflect that Bob Wicoff is appellant's counsel of record on appeal.

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature:   **/s/ Laura C. Higley**
                                    Acting Individually

Date: July 29, 2013